# United States Court of Appeals
## For the First Circuit

No. 06-2179

YAOLING YU,

Petitioner,

v.

ALBERTO R. GONZALES, Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court issued on September 6, 2007 is amended as follows:

On page 2, line 4, insert "Immigration Judge" before IJ and place parentheses around "IJ" so that the text reads "the Immigration Judge (IJ) determined . . ."